**O'TOOLE ROGERS LLP**
Nicholas A. Rogers, California Bar No. 248900
nrogers@otoolerogers.com
Aaron A. Hayes, California Bar No. 236122
ahayes@otoolerogers.com
3650 Mt. Diablo Blvd., Suite 180
Lafayette, California 94549
Telephone: 925.284.4693
Facsimile: 925.433.6627

Attorneys for Defendant
CAMPUS COMMONS PARK CORPORATION

**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, Sate Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for Plaintiff
EDWIN L. HULLANDER

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| EDWIN L. HULLANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAMPUS COMMONS PARK CORPORATION,<br><br>    Defendant. | CASE NO. 2:22-cv-01843-CKD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |

TO THE CLERK OF COURT:

Plaintiff EDWIN L. HULLANDER ("Plaintiff") and Defendant CAMPUS COMMONS PARK CORPORATION ("Defendant"), by and through their counsel, do hereby stipulate and agree as follows:

**STIPULATION**

1. Plaintiff filed this action on October 17, 2022 and served the Defendant with process on November 1, 2022.

2. Through its corporate counsel, Defendant received previous extensions to and including December 30, 2022, for Defendant to respond to Plaintiff's Complaint;

3. On December 20, 2022, O'Toole Rogers, LLP ("Counsel") was appointed by Defendant's insurance carrier to represent Defendant in the above-entitled action;

4. Given the intervening holidays, Counsel's prearranged travel, and to allow Counsel adequate time to prepare a response to the Complaint, the parties STIPULATE and AGREE that good cause exists for Defendant to have a further extension of time up to and including January 6, 2023, to file a responsive pleading to Plaintiff's Complaint; and

5. This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

**O'TOOLE ROGERS, LLP**

Date: December 21, 2022

By: /s/ Nicholas A. Rogers
NICHOLAS A. ROGERS
AARON A. HAYES
Attorneys for Defendant
CAMPUS COMMONS PARK CORPORATION

**ALLACCESS LAW GROUP**

Date: December 21, 2022

By: /s/ Irakli Karbelashvili (as authorized on December 20, 2022)
IRENE KARBELASHVILI
IRAKLI KARBELASHVILI
Attorneys for Plaintiff
EDWIN L. HULLANDER

### ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED** that Defendant shall have an extension of time to and including January 6, 2023, to respond to Plaintiff's Complaint.

Dated: December 28, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE