**O'TOOLE ROGERS LLP**
Nicholas A. Rogers, California Bar No. 248900
nrogers@otoolerogers.com
Morgan W. Hansen, California Bar No. 257846
mhansen@otoolerogers.com
3650 Mt. Diablo Blvd., Suite 180
Lafayette, California 94549
Telephone: 925.284.4693
Facsimile:  925.433.6627

Attorneys for Defendant
CAMPUS COMMONS PARK CORPORATION

**ALLACCESS LAW GROUP**
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, Sate Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for Plaintiff
EDWIN L. HULLANDER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| EDWIN L. HULLANDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAMPUS COMMONS PARK CORPORATION,<br><br>　　　　Defendant. | CASE NO. 2:22-cv-01843-CKD<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TIME FOR INITIAL DISCLOSURES**<br><br>**Magistrate Judge: Carolyn K. Delaney**<br>**[F.R.C.P. 26(a)(1)]** |

TO THE CLERK OF COURT:

　　　　Plaintiff EDWIN L. HULLANDER ("Plaintiff") and Defendant CAMPUS COMMONS PARK CORPORATION ("Defendant") (collectively, the "Parties") by and through their counsel, do hereby stipulate and respectfully apply to this Court for an Order continuing the dates for the Parties to exchange Initial Disclosures pursuant to Federal Rule of Civil Procedure ("FRCP") 26(a)(1) until 45 days after the original deadline of April 1, 2023, to **May 16, 2023**:

**STIPULATION**

1. Plaintiff filed this action on October 17, 2022 (Dkt. No. 1) and served the Defendant with process on November 1, 2022.

2. On January 6, 2023, Defendant filed its Answer. (Dkt. No. 8).

3. The Parties' Initial Disclosures pursuant to FRCP Rule 26(a)(1) are currently due on April 1, 2023. (Dkt. No. 12).

4. The Parties are presently engaged in comprehensive settlement communications and, for that reason, wish to stipulate to extend the time by which they must provide Initial Disclosures pursuant to FRCP Rule 26.

5. The Parties have agreed that postponing Initial Disclosures until **May 16, 2023,** would allow the Parties to avoid potentially unnecessary litigation costs and would encourage fruitful settlement discussions.

6. Now, therefore, IT IS HEREBY STIPULATED, between the Parties, subject to this Court's approval, that: the last date for the Parties to serve Initial Disclosures pursuant to FRCP Rule 26(a)(1), be continued until forty-five (45) days after the original deadline of April 1, 2023, to **May 16, 2023**.

7. This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS SO STIPULATED.

                                                          Respectfully submitted,

**O'TOOLE ROGERS, LLP**

Date: March 28, 2023                         By:  /s/ Nicholas A. Rogers
                                                                    NICHOLAS A. ROGERS
                                                                    MORGAN W. HANSEN
                                                                    Attorneys for Defendant
                                                                    CAMPUS COMMONS PARK CORPORATION

**ALLACCESS LAW GROUP**

Date: March 28, 2023                         By:   /s/ Irakli Karbelashvili
                                                                    (as authorized on March 28, 2023)
                                                                    IRENE KARBELASHVILI
                                                                    IRAKLI KARBELASHVILI
                                                                    Attorneys for Plaintiff
                                                                    EDWIN L. HULLANDER

## ORDER

For good cause shown, the above Stipulation is adopted as follows:

The last date for the Parties to submit Initial Disclosures pursuant to FRCP Rule 26(a)(1) is hereby continued until forty-five (45) days after the original deadline of April 1, 2023, and will now be **May 16, 2023.**

IT IS SO ORDERED.

Dated:  March 30, 2023

                                                       CAROLYN K. DELANEY
                                                       UNITED STATES MAGISTRATE JUDGE